# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### PROBATION OFFICE

1301 Clay Street, Suite 220S
Oakland, CA 94612-5217
TEL: (510) 637-3600
FAX: (415) 581-7420

**CHRIS CARRUBBA-KATZ**
CHIEF U.S. PROBATION OFFICER

**JENNIFER JAMES**
DEPUTY CHIEF U.S. PROBATION OFFICER

**AARON TAM**
DEPUTY CHIEF U.S. PROBATION OFFICER



July 10, 2024

The Honorable Susan Illston
Senior United States District Judge

Re: U.S. v. Siavash Tahbazof
Docket No: 0971 3:23CR00421-001 SI
**TRAVEL REQUEST**

Your Honor:

On April 19, 2024, Mr. Tahbazof was sentenced by Your Honor to three years' probation , for a violation of the following: Count One: Conspiracy to Commit Honest Services Wire Fraud, 18 U.S.C. § 1349, a Class C Felony. The following special conditions of supervision were ordered: $100 special assessment; $75,000 fine; 80 hours community service; financial disclosure; no contact with co-defendants; and DNA collection. Supervision commenced on April 19, 2024.

Mr. Tahbazof is requesting permission to travel to Turkey and Croatia on September 1, 2024, through September 21, 2024, for vacation. Mr. Tahbazof has satisfied his special assessment and fine in full. He is compliance with the conditions of his supervision. It is recommended that travel be approved. It is also requested that the Court provide the probation office with the discretion to approve any changes in travel dates, if necessary.

Respectfully submitted,

_____
Carla Navarro
U.S. Probation Officer Assistant

Reviewed by:

_____
Nicole M. Brown
Supervisory U.S. Probation Officer

**RE:** Tahbazof, Siavash  2
0971 3:23CR00421-001 SI

---

Travel is:
☒ Approved
☐ Denied

 

__July 11, 2024_____  __Susan Illston_____
Date                              Susan Illston
                                  Senior United States District Judge